# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Preston, C. Kathryn | Bankruptcy Court, S.D. Ohio | 05/6/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
170 North High Street
Columbus, Ohio 43215

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1991 | Huntington Bancshares Retirement Plan - former Employer; no control - Opinion of Committee on Code of Conduct obtained. (See Part VIII). |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 05/6/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Ohio Police & Fire Pension Fund (retirement benefits) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Columbus Bar Association Bankruptcy Law Institute | January 2, 2014 | Columbus, OH | Speaker | Tuition, Meals |
| 2. | Midwest Regional Bankr. Seminar | August 21-22, 2014 | Cincinnati, OH | Banruptcy Seminar | Tuition, Meals, Travel Expenses, Hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 05/6/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Huntington National Bank | Mortgage on Rental Prop. #1, Cape Coral, FL. (Pt. VII, line 1) | M |
| 2. | Huntington National Bank | Second Mortgage/Personal Credit Line, Rental Prop. #1 Cape Coral, FL. (Pt. VII, line 1) | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 05/6/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Cape Coral, FL (Purchased 2005 $679,900) | E | Rent | O | R | | | | | |
| 2. Investment Property, N. Captiva Island, FL | | None | M | W | | | | | |
| 3. Huntington Bank Accounts | A | Interest | L | T | | | | | |
| 4. Bank of America Accounts | A | Interest | K | T | | | | | |
| 5. Fifth Third Bank Account | A | Interest | J | T | | | | | |
| 6. CME Fed. Credit Union Accounts (Y) | A | Interest | | | Closed | 03/07/14 | | | |
| 7. Chase Bank Accounts | A | Interest | L | T | | | | | |
| 8. Trust #1-income beneficiary (see Part VIII) | B | Distribution | N | | | | | | |
| 9. -Ashland, Inc. | | | | | | | | | |
| 10. -AT&T, Inc. f/k/a SBC Communications | | | | | | | | | |
| 11. -BRE Properties, Inc. (Y) | | | | | Merged (with line 20) | 04/03/14 | J | A | see Part VIII |
| 12. -Chubb Corp. | | | | | | | | | |
| 13. -Cimarix Energy Co. (Y) | | | | | Sold | 10/24/14 | J | C | |
| 14. -Cisco Systems, Inc. | | | | | | | | | |
| 15. -Conoco Philips | | | | | | | | | |
| 16. -Denison Mines Corp. | | | | | | | | | |
| 17. - Energy Fuels Inc. (Y) | | | | | Sold | 10/24/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 05/6/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Dodge & Cox Int'l Stock Fund (Y) | | | | | Sold | 10/22/14 | K | A | |
| 19.   -EMC Corp. | | | | | | | | | |
| 20.   - Essex Property Trust Inc. Com (X) | | | | | | 04/03/14 | | | merge with line 11 |
| 21. | | | | | Redeemed (part) | 04/10/14 | J | A | |
| 22. | | | | | Sold (part) | 04/21/14 | J | A | |
| 23.   - First Trust Health Care AlphaDex Fund (X) | | | | | Buy | 11/26/14 | J | | |
| 24.   -Frontier Communications Corp. | | | | | | | | | |
| 25.   -General Dynamics Corp. | | | | | | | | | |
| 26.   - Gilead Sciences Inc. (X) | | | | | Buy | 11/26/14 | J | | |
| 27.   - Aberdeen Greater China Fund f/k/a Greater China Fund Inc.com (Y) | | | | | Sold (part) | 2/06/14 | J | A | |
| 28. | | | | | Sold | 10/24/14 | J | A | |
| 29.   -Heartland Express, Inc. | | | | | Buy (add'l) | 11/26/14 | J | | |
| 30.   -Ishares S&P Latin America (Y) | | | | | Sold | 10/27/14 | K | A | |
| 31.   -M&T Bank Corporation | | | | | Buy (add'l) | 11/26/14 | J | | |
| 32.   -Marathon Oil (Y) | | | | | Sold | 10/27/14 | J | B | |
| 33.   -Marathon Petroleum Corp. (Y) | | | | | Sold | 10/29/14 | J | B | |
| 34.   - Market Vectors ETF (X) | | | | | Buy | 11/26/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 05/6/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Merck & Co., Inc. | | | | | | | | | |
| 36. -Microsoft Corp. | | | | | | | | | |
| 37. - Phillips 66 (Y) | | | | | Sold | 10/28/14 | K | D | |
| 38. -Raytheon Co. | | | | | Buy (add'l) | 11/26/14 | J | | |
| 39. -Southern Co. | | | | | | | | | |
| 40. -Tupperware Corp. | | | | | | | | | |
| 41. -Verizon Communications | | | | | Buy (add'l) | 11/26/14 | J | | |
| 42. -Walmart Stores, Inc. | | | | | | | | | |
| 43. -Whirlpool Corp. | | | | | | | | | |
| 44. -Wells Fargo Government Money Market Fund (Y) | | | | | Closed | 10/10/14 | | | |
| 45. - Suntrust Investment Services Inc. Money Market (X) | | | | | Open | 08/29/14 | | | |
| 46. -Farm Property (127.92 acres) Jasper Co., IA | | | | | | | | | |
| 47. Huntington Bancshares Pension Plan (see Part VIII) | None | M | V | | | | | | |
| 48. Hartford Life Ins. Policy | None | L | T | | | | | | |
| 49. - American Funds Ins. Asset Alloc. Fund | | | | | | | | | |
| 50. - American Funds Ins. Bond Fund | | | | | | | | | |
| 51. -American Funds Ins. Growth Income Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Preston, C. Kathryn | 05/6/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Franklin Templeton Mutual Shares Security Fund | | | | | | | | | |
| 53.  -Fidelity VIP Contra Fund Portfolio | | | | | | | | | |
| 54.  -Fidelity VIP Mid Cap Portfolio | | | | | | | | | |
| 55.  - HLS Int'l Opport. Fnd | | | | | | | | | |
| 56.  -Oppenheimer Global Securities Fund | | | | | | | | | |
| 57.  -INV VK Comstock | | | | | | | | | |
| 58.  Brokerage Account #1 (H) | | | L | T | | | | | |
| 59.  - Exxon Mobile Corp. - common stock | A | Dividend | J | T | | | | | |
| 60.  -IBM -stock | A | Dividend | J | T | | | | | |
| 61.  - Proctor & Gamble Co. - common stock | A | Dividend | J | T | | | | | |
| 62.  - United Technologies Corp. - stock | A | Dividend | J | T | | | | | |
| 63.  - Walt Disney Co. -stock | A | Dividend | J | T | | | | | |
| 64.  -Fed OH Muni Income Fund | A | Int./Div. | J | T | | | | | |
| 65.  Brokerage Account #2 (H) | | | M | T | | | | | |
| 66.  - American Balanced Fund - Class A Bonds (see Part VIII) | C | Dividend | L | T | | | | | |
| 67.  -American Europacific Growth Fund Class A Bonds (see Part VIII) | A | Dividend | K | T | Buy (add'l) | 01/09/14 | J | | |
| 68. | | | | | Buy (add'l) | 02/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 05/6/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 03/07/14 | J | | |
| 70. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 71. | | | | | Buy (add'l) | 05/08/14 | J | | |
| 72. | | | | | Buy (add'l) | 06/09/14 | J | | |
| 73. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 74. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 75. | | | | | Buy (add'l) | 09/09/14 | J | | |
| 76. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 77. | | | | | Buy (add'l) | 11/07/14 | J | | |
| 78. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 79. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 80. - American Growth Fund of America - Class A Bonds (see Part VIII) | D | Dividend | L | T | | | | | |
| 81. IRA # 1 (see Part VIII) | E | Int./Div. | O | T | | | | | |
| 82. -ABALX - Class A Bonds | | | | | | | | | |
| 83. -ABNDX - Class A Bonds | | | | | | | | | |
| 84. -AEPGX - Class A Bonds | | | | | | | | | |
| 85. -AGTHX Class A Bonds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 05/6/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -AHITX - Class A Bonds | | | | | | | | | |
| 87.  -AIVSX - Class A Bonds | | | | | | | | | |
| 88.  -AMECX - Class A Bonds | | | | | | | | | |
| 89.  - CWGIX - Class A Bonds | | | | | | | | | |
| 90.  -NEWFX - Class A Bonds | | | | | | | | | |
| 91.  -SMCWX - Class A Bonds | | | | | | | | | |
| 92.  IRA # 2 | A | Dividend | J | T | | | | | |
| 93.  - Dodge & Cox Bal. Fund | | | | | | | | | |
| 94.  - Hershey Foods Corp. | | | | | | | | | |
| 95.  Investment Accounts (as Custodian for ▨ ) | A | Dividend | J | T | | | | | |
| 96.  - CAIBX (see Part VIII) | | | | | Distributed | 11/13/14 | J | A | |
| 97.  WG Holding Co., LLC | | None | K | W | | | | | |
| 98.  Rum Cove, LLC | | None | N | W | | | | | |
| 99.  -Rental prop N.Captiva Isl, FL(purchased 2011 $350,000) | | | O | W | | | | | |
| 100.  -Personal property attendant to rental property | | | K | W | | | | | |
| 101.  IRA #3 ▨ ) (see Part VIII) | F | Int./Div. | P1 | T | | | | | |
| 102.  - Edward Jones Cash Account | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 05/6/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - AMCPX - Class A Bonds | | | | | Buy | 01/14/14 | K | | |
| 104. - ABALX - Class A Bonds | | | | | Buy | 01/14/14 | K | | |
| 105. - AHITX - Class A Bonds | | | | | Buy | 01/14/14 | K | | |
| 106. - CAIBX - Class A Bonds | | | | | Buy | 01/14/14 | K | | |
| 107. - CWBFX - Class A Bonds | | | | | Buy | 01/14/14 | K | | |
| 108. - CWGIX - Class A Bonds | | | | | Buy | 01/14/14 | K | | |
| 109. - ANCFX - Class A Bonds | | | | | Buy | 01/14/14 | K | | |
| 110. - AMECX - Class A Bonds | | | | | Buy | 01/14/14 | K | | |
| 111. - AIVSX - Class A Bonds | | | | | Buy | 01/14/14 | K | | |
| 112. - PGBOX - Class A Bonds | | | | | Buy | 01/14/14 | K | | |
| 113. - ONIAX - Class A Bonds | | | | | Buy | 01/14/14 | K | | |
| 114. - OIEIX - Class A Bonds | | | | | Buy | 01/14/14 | L | | |
| 115. - VHIAX - Class A Bonds | | | | | Buy | 01/14/14 | L | | |
| 116. - OHYAX - Class A Bonds | | | | | Buy | 01/14/14 | L | | |
| 117. - JFEAX - Class A Bonds | | | | | Buy | 01/14/14 | L | | |
| 118. - JCMAX - Class A Bonds | | | | | Buy | 01/14/14 | K | | |
| 119. - OMBAX - Class A Bonds | | | | | Buy | 01/14/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 05/6/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - ANEFX - Class A Bonds | | | | | Buy | 01/14/14 | K | | |
| 121.  - ANWPX - Class A Bonds | | | | | Buy | 01/14/14 | K | | |
| 122.  - SMCWX - Class A Bonds | | | | | Buy | 01/14/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 05/6/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II Line 1 - Retirement plan of former employer; I have no control; I will receive retirement annuity upon reaching retirement age. I obtained the opinion of the Committee on Codes of Conduct on 9-27-06; They found that a conflict exists and directed that in actions involving Huntington (1) the parties must be notified of the conflict and that I am disqualified from presiding, and (2) the parties may be offered an opportunity to waive the conflict.

Part VII Line 8 - Value of the Trust includes real estate, and non-real estate assets. Value of the real estate is estimated: value code M, value method W. Value of non-real estate assets: value code N, value method T.

Part VII Line 10 -In this transaction, the Trust received some cash in connection with the exchange of stock resulting from merger.

Part VII Line 47 - The value of my interest in the Huntington Bancshares Retirement Plan is determined by calculation of the present value of the anticipated future benefits. The calculation is performed by Huntington or its administrative service provider.

Part VII Line 66, 67, 80, 81, 96, and 101 - Income includes capital gains assessed to account holders due to transactions by the mutual fund.

Part VII Line 96- One of the custodial investment accounts was transferred to the relative for which the account was held upon the relative reaching age of majority. No gain was realized by virtue of the transfer.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ C. Kathryn Preston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544